

**GALLO & IACOVANGELO** LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| CAITLIN C. CARRIGG | SUITE 100 | MINDY A. ST. JOHN |
| CRAIG D. CHARTIER | 180 CANAL VIEW BLVD. | SANDRA G. WILMOT |
| MARK S. HOLLENBECK | ROCHESTER, NEW YORK 14623 | JAMES S. WOLFORD |
| KEVIN C. HOYT | | EDWARD A. WURTZ |
| ANTHONY B. IACOVANGELO | TELEPHONE (585) 454-7145 | |
| FRANK B. IACOVANGELO | FAX (585) 454-2476 | HON. JOHN M. OWENS |
| TRISHA L. KIRSCH | | Of Counsel |
| EUGENE M. O'CONNOR | Email: info@gallolaw.com | Surrogate Court Judge |
| JOHN C. PALERMO | Web Page: http://www.GalloLaw.com | 2014-2020 |
| MICHAEL J. RINGROSE | | Supreme Court Justice |
| SEEMA ALI RIZZO | | 2005-2013 |
| DAVID D. SPOTO | | |
| | | LOUIS J. GALLO |
| | | 1919 - 2015 |

November 18, 2022

**VIA CM/ECF**

Hon. Brenda K. Sannes
United States District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

       RE: USA v. Jared Marc Brown
          1:19-cr-00095-BKS

Dear Judge Sannes:

  I represent Jared Marc Brown and this matter is returnable for sentencing before Your Honor on Tuesday November 29, 2022 at 3:30 P.M. I respectfully request an adjournment of thirty days so that I may continue to try and review the Pre-Sentencing Report with my client. I have prevented from doing so since Mr. Brown has been on "suicide watch" essentially since our last court date. I will continue to try and meet and/or speak with my client and advise regarding my progress.

             Respectfully yours,
             GALLO & IACOVANGELO, LLP

             James S. Wolford, Esq.
             Direct Dial: (585) 340-4205
             Email: JamesWolford@Gallolaw.com

JSW/jmm